UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Hector Cantu, | : |
| | : |
| | : Civil Action No.: 1:14-cv-00071 |
| Plaintiff, | : |
| v. | : |
| | : |
| DiabetesHelpNow.com, LLC a/k/a Welco, LLC d/b/a Welco Health, | : |
| | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELCO, LLC D/B/A WELCO HEALTH

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, Plaintiff and Defendant Welco LLC d/b/a Welco Health "Welco" wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Welco and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Welco, LLC d/b/a Welco Health, with prejudice and without costs to any party.  This stipulation does not affect Defendant Platinum Marketing Group, LLC d/b/a DiabetesHelpNow.com, LLC.

| Hector Cantu | Welco, LLC d/b/a Welco Health |
|---|---|
| /s/ Jenny DeFrancisco | /s/ David A. Walton |
| Jenny DeFrancisco | David A. Walton, Esq. |
| Lemberg Law LLC | Beirne, Maynard & Parsons, LLP |
| 1100 Summer Street, 3rd Floor | 1700 Pacific Avenue, Suite 4400 |
| Stamford, CT 06905 | Dallas, Texas 75201 |
| Telephone: (203) 653-2250 | Telephone: (214) 237-4300 |
| Facsimile: (203) 653-3424 | Facsimile: (214) 237-4340 |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following party:

David A. Walton, Esq.
Beirne, Maynard & Parsons, LLP
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201

                                        /s/ Jenny DeFrancisco
                                        Jenny DeFrancisco, Esq.