IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 1:14-CV-71 |
| | § | |
| DIABETESHELPNOW.COM, LLC; | § | |
| a/k/a WELCO, LLC; d/b/a WELCO | § | |
| HEALTH, | § | |
| | § | |
| Defendant. | | |

## ORDER

Be IT REMEMBERED, that on January 23, 2015, the Court **ORDERED** Plaintiff to file within seven days after the entry of this order a status report and proposed order establishing a schedule for any outstanding matters in this case.

SIGNED this 23rd day of January, 2015.

_____
Hilda Tagle
Senior United States District Judge