IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR CANTU, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL NO. 1:14-CV-71 |
| v. § | |
| § | |
| PLATINUM MARKETING GROUP, § | |
| LLC; d/b/a/ § | |
| DIABETESHELPNOW.COM, LLC, § | |
| | |
| Defendant. | |

## ORDER

The Court is in receipt of Plaintiff's Motion for Default Judgment. Dkt. No. 21. The motion's certificate of service states that a copy of the motion was mailed to Defendant by first-class mail. *See id.* at 2. Local Rule 5.5 provides that "[m]otions for default judgment must be served on the defendant-respondent by certified mail (return receipt requested)."

The Court there **ORDERS** Plaintiff to serve Defendant with a copy of the instant motion and accompanying exhibits by certified mail in compliance with Local Rule 5.5 within seven days after the entry of this order and thereafter file a supplemental certificate of service.

SIGNED this 18th day of February, 2015.

_____
Hilda Tagle
Senior United States District Judge