IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR CANTU, § § § Plaintiff, § v. § CIVIL NO. 1:14-CV-71 § PLATINUM MARKETING GROUP LLC § d/b/a DIABETESHELPNOW.COM, LLC, § § Defendants. § § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on July 15, 2015, the Court entered final judgment in the above-captioned civil action after deciding Plaintiff's motion for entry of default judgment.

WHEREFORE, the Court **ORDERS** and **ADJUDGES** that this case be, and it hereby is, **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

SIGNED this 15th day of July, 2015.

_____
Hilda Tagle
Senior United States District Judge